No. 628. WOODRING, SECRETARY OF WAR, ET AL. *v.* WARDELL, RECEIVER. March 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. MR. JUSTICE REED took no part in the consideration and decision of this application. *Solicitor General Jackson* for petitioners. *Messrs. Brice Clagett* and *Charles E. Wainwright* for respondent.

No. 629. INLAND WATERWAYS CORP. ET AL. *v.* HARDEE, RECEIVER. March 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. MR. JUSTICE REED took no part in the consideration and decision of this application. *Solicitor General Jackson* for petitioners. *Messrs. Swagar Sherley, Charles F. Wilson, George B. Springston,* and *James B. Springston* for respondent.

No. 661. GENERAL ELECTRIC SUPPLY CORP. *v.* MAYTAG COMPANY. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. William H. Davis* and *Dean S. Edmonds* for petitioner. *Messrs. Thomas G. Haight, Wallace R. Lane, Oscar W. Jeffery, Benton Baker,* and *Nelson E. Johnson* for respondent.

No. 676. RORICK *v.* DEVON SYNDICATE, LTD. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. H. W. Fraser* for petitioner. *Messrs. Geo. D. Welles* and *Fred E. Fuller* for respondent.